UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIC MAYBERRY and SANDRA MAYBERRY,  )<br>Plaintiffs  )<br>)<br>v.  )<br>)<br>WALGREEN CO.,  )<br>)<br>Defendant.  ) | Case No.  1:09-cv-00837-TWP-DML |

**ORDER GRANTING DEFENDANT WALGREEN CO.'S
MOTION TO COMPEL CLARIAN HEALTH PARTNERS/METHODIST HOSPITAL
TO RESPOND TO REQUEST FOR PRODUCTION OF DOCUMENTS**

This case is before the court on the defendant's Motion to Compel, moving the court to compel Clarian Health Partners/Methodist Hospital to respond to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises served by counsel for Defendant.

Having considered the motion, the court determines it should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Clarian Health Partners/Methodist Hospital is compelled to serve responses to Defendant Walgreen Co.'s Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises within fifteen (15) days of receipt of this court's Order, or show cause as to why the same should not be done.

Counsel for the defendant is directed to serve a copy of this order on Clarian Health Partners/ Methodist Hospital.

Dated  07/21/2010

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Electronic Distribution:

| | |
|---|---|
| Frederick R. Hovde | Jeffrey D. Hawkins |
| Hovde Dassow & Deets, LLC | Melissa F. Danielson |
| Meridian Tower, Suite 500 | KIGHTLINGER & GRAY, LLP |
| 201 W. 103rd St. | 151 NORTH DELAWARE STREET, SUITE 600 |
| Indianapolis, IN 46290 | INDIANAPOLIS, IN 46204 |
| rhovde@hovdelaw.com | jhawkins@k-glaw.com |
| | mdanielson@k-glaw.com |